IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McNeal, Tene E

Printed: 6/10/08

Case Number: 07 B 17465
Judge: Wedoff, Eugene R

Filed: 9/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 24, 2008
Confirmed: November 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 340.00 |  |
| Secured: |  | 321.64 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 18.36 |
| Other Funds: |  | 0.00 |
| Totals: | 340.00 | 340.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,424.00 | 0.00 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | Midwest Title | Secured | 1,500.00 | 166.68 |
| 4. | 1227 Harlem Ave Manor Condo | Secured | 2,000.00 | 154.96 |
| 5. | Asset Acceptance | Unsecured | 5.18 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 46.56 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 46.61 | 0.00 |
| 8. | Capital One | Unsecured | 101.65 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 38.87 | 0.00 |
| 10. | Capital One Auto Finance | Unsecured | 487.59 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 443.18 | 0.00 |
| 12. | Short Term Loans LLC | Unsecured | 17.33 | 0.00 |
| 13. | Cook County Treasurer | Secured |  | No Claim Filed |
| 14. | LaSalle Bank NA | Secured |  | No Claim Filed |
| 15. | Cook County Treasurer | Unsecured |  | No Claim Filed |
| 16. | AT&T | Unsecured |  | No Claim Filed |
| 17. | Charter One Bank | Unsecured |  | No Claim Filed |
| 18. | City of Berwyn | Unsecured |  | No Claim Filed |
| 19. | Comcast | Unsecured |  | No Claim Filed |
| 20. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 21. | Direct Tv | Unsecured |  | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 23. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 24. | Walgreens Company | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McNeal, Tene E

Printed: 6/10/08

Case Number: 07 B 17465
Judge: Wedoff, Eugene R
Filed: 9/25/07

$ 8,110.97          $ 321.64

<u>TRUSTEE FEE DETAIL</u>

| <u>Fee Rate</u> | <u>Total Fees</u> |
|---|---|
| 5.4% | 18.36 |

$ 18.36

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_